UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re

FRANKLIN TORRES,                                          Case No. 15-44789 (NHL)


                        Debtor.                           Chapter 11
---------------------------------------------------------X

### ORDER FIXING METHOD OF SERVICE AND SHORTENING NOTICE PERIOD FOR THE DEBTOR'S MOTION TO APPROVE BIDDING PROCEDURES AND RELATED RELIEF

Upon the motion of Franklin Torres (the "Debtor") dated February 5, 2016, (the "Motion to Shorten Time"), seeking an Order Fixing Method of Service, Shortening Notice Period and Scheduling Hearing on the Debtor's Motion to Approve Bidding Procedures and Related Relief (the "Bidding Procedures Motion") for the Sale of the property located at 104-65 Roosevelt Avenue, Corona, New York 11366 (the "Property"); and the supporting Affirmation of Norma E. Ortiz, and it appearing that good cause exists under Local Bankruptcy Rule 9077-1(c) for shortening the notice requirements for the Extension Motion;, it is hereby

ORDERED, that the Motion to Shorten Time is hereby granted to the extent provided herein; and it is further

ORDERED, that notice of the Extension Motion is hereby shortened and limited as provided herein; and it is further

ORDERED, that by **February 11, 2016**, the Debtor shall serve the Bidding Procedures Motion, and supporting documents, and this Order by overnight mail and electronic mail or facsimile, if known upon, (i) the Office of the United States Trustee; (ii) all parties who have filed a notice of appearance in this case; (iii) all known secured creditors of the Debtor and (iv) any other interested parties in this case; and the foregoing shall constitute good and sufficient

notice; and it is further

ORDERED, that objections, if any, to the Bidding Procedures Motion shall be filed by **February 19, 2016**, at noon; and it is further

ORDERED, that a hearing on the Bidding Procedures Motion will be held on **February 24, 2016**, at 3:30 p.m., or as soon thereafter as counsel may be heard in Courtroom 2529 before the Honorable Nancy Hershey Lord, United States Bankruptcy Judge, United States Bankruptcy Court for the Eastern District of New York, Conrad B. Duberstein United States Courthouse, 271-C Cadman Plaza East, Brooklyn, New York 11201.



**Dated: February 10, 2016**  
**Brooklyn, New York**

_____  
**Nancy Hershey Lord**  
**United States Bankruptcy Judge**