UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                                                    Chapter 7

Franklin Torres,
                                                    Case No. 15-44789-nhl

                        Debtor.
------------------------------------------------------------x

## CONSENT TO CHANGE ATTORNEY

It is hereby consented that Rosenberg Musso & Weiner, LLP of 26 Court Street, Suite 2211, Brooklyn, New York 11242 be substituted as attorneys of record for LTG4 LLC in place and instead of Morrison Tenenbaum PLLC.

Dated: June 3, 2016

LGT4 LLC

By: _____
    Daniel Lebensohn, Member

MORRISON TENENBAUM PLLC

By: _____
    Lawrence F. Morrison
    87 Walker Street, Floor 2
    New York, New York 10013
    (212) 620-0938

ROSENBERG MUSSO & WEINER, LLP

By: _____
    Bruce Weiner
    26 Court Street, Suite 2211
    Brooklyn, New York 11242
    (718) 855-6840